UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANGELA LEDDY, as Personal Representative of the Estate of Christa Sullivan, Deceased,<br><br>   Plaintiff,<br><br>v.<br><br>(1) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY,<br>(2) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY,<br>(3) TURN KEY HEALTH CLINICS, LLC,<br>(4) GABRIEL CUKA, M.D.,<br>(5) MARK WINCHESTER, M.D.,<br>(6) NANCY MEYER,<br>(7) STEPHANIE WILLIAMS, ARNP-CNP<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 23-cv-00295-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT BY
DEFENDANT TURN KEY HEALTH CLINICS, LLC**

Pursuant to the requirements of Fed. R. Civ. P. 7.1(b)(2) and LCvR7.1.1, Turn Key Health Clinics, LLC, a named Defendant in the above-styled cause, makes the following disclosure statement reflecting changes in previously disclosed information:

1. Turn Key Health Clinics, LLC is not a publicly held corporation or other publicly held entity.

2. TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of

1

Turn Key Health Clinics, LLC.

3. TK Health Holdings, LLC and TCSCFI TK, LLC are not publicly held corporations.

4. No publicly held corporation or other publicly held entity owns 10% or more of Turn Key Health Clinics, LLC.

5. No publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

6. Turn Key Health Clinics, LLC has no subsidiaries.

7. Turn Key Health Clinics, LLC is not a trade association.

Furthermore, pursuant to the requirements of LCvR 7.1.1, Defendant Turn Key Health Clinics, LLC hereby discloses that TK Health Holdings, LLC is currently the only member of Turn Key Health Clinics, LLC.

Dated this 4th day of May, 2023.

    Respectfully submitted,

    /s/Alexandra G. Ah Loy
    Alexandra G. Ah Loy, OBA #31210
    HALL BOOTH SMITH, P.C.
    6301 Waterford Blvd., Ste. 200
    Oklahoma City, OK 73118
    Telephone: (405) 513-7111
    Facsimile: (405) 768-1414
    E-Mail: AllieAhLoy@hallboothsmith.com
    *Attorneys for Defendants Turn Key Health Clinics, LLC, Gabriel Cuka, M.D., Mark Winchester, M.D, Nancy Meyer, and Stephanie Williams, APRN-CNP*

## CERTIFICATE OF SERVICE

  I hereby certify that on the <u>4th</u> day of <u>May</u> 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the registered ECF parties of record:

danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com

                <u>/s/Alexandra G. Ah Loy</u>
                ALEXANDRA G. AH LOY