IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ANGELA LEDDY, )
)
)
)
Plaintiff(s), )
)
v. )   Case No. 23-CV-295-HE
)
OKLAHOMA COUNTY CRIMINAL )
JUSTICE AUTHORITY, et al., )
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Defendants__, __Turn Key Health Clinics, LLC; Gabriel Cuka, M.D.; Mark Winchester, M.D.; and Stephanie Williams, ARNP-CNP__.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Lauren N. Judd Fairchild    2/1/24
Signature    Date

Lauren N. Judd Fairchild
Print Name

Johnson Hanan Vosler Hawthorne & Snider
Firm

Criminal Cases Only:

☐ Retained or USA

9801 N. Broadway Extension
Address

☐ CJA Appointment

Oklahoma City, OK 73114
City    State    Zip Code

☐ Federal Public Defender

405.232.6100
Telephone

☐ Pro Bono

☐ CJA Training Panel

lfairchild@johnsonhanan.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on February 1, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

Lauren N. Judd Fairchild
s/ Attorney Name