# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANGELA LEDDY, as Personal Representative of the Estate of Christa Sullivan, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al., <br><br> Defendants. | Case No. 23-CV-295-HE |

## PARTIES' JOINT RESPONSE TO COURT ORDER (DOC. NO. 48)

COME NOW, the Parties and provide the following Joint Response to this Court's July 2, 2024, Order (Doc. No. 48):

1. The Scheduling Order in this matter clearly sets forth that the Parties were to have participated in a private mediation prior to July 1, 2024. *See* Doc. No. 41.

2. However, the July 1 deadline was not placed on the firm calendar of Plaintiff's lawyers. This error occurred because the support staff for Plaintiff's counsel is unaccustomed to Court-ordered private mediations, and misunderstood that the Court would issue a separate settlement conference order. Defense counsel inadvertently overlooked the July 1 deadline.

3. The undersigned attorneys apologize to the Court for not anticipating this problem and ensuring that the July 1 deadline was calendared, and that the mediation was timely scheduled.

4. Because of this error, a private mediation has not yet been set or completed.

5. However, the Parties are currently in the process of scheduling mediation with an agreed upon private mediator and expect to be able to complete the mediation before the end of August.

6. Counsel for the Plaintiff and Counsel for the Defendants have litigated numerous cases against each other in cases similar to this. As a result, the Parties do not foresee any issues in working together to get a mediation date confirmed or with the Parties attending and participating in good faith at mediation.

Respectfully submitted,

*s/ Anthony C. Winter*
Sean P. Snider, OBA# 22307
Anthony C. Winter, OBA# 32148
Lauren N. Judd Fairchild, OBA# 35147
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
lfairchild@johnsonhanan.com

*Attorneys for Defendants Turn Key Health Clinics, LLC; Gabrial Cuka, M.D.; Mark Winchester, M.D.; and Stephanie Williams, ARNP-CNP*

-and-

/s/ Robert M. Blakemore
Daniel Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax:    (918) 585-266

***Attorneys for Plaintiff***