## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANGELA LEDDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-23-0295-HE |
| | ) | |
| OKLAHOMA COUNTY CRIMINAL | ) | |
| JUSTICE AUTHORITY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The parties have responded to the court order wherein they state that they overlooked the court's deadline to complete mediation. The parties have now requested an extension of the mediation deadline. The parties are directed to complete mediation and report the results thereof not later than **September 8, 2024**.

**IT IS SO ORDERED**.

Dated this 8th day of July, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE