**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELA LEDDY, as Personal Representative of the Estate of Christa Sullivan, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al.,<br><br>Defendants. | Case No. 23-CV-295-HE |

**DEFENDANTS' UNOPPOSED MOTION TO FILE**
**EXHIBITS TO MOTIONS FOR SUMMARY JUDGMENT UNDER SEAL**

COME NOW, Defendants Turn Key Health Clinics, LLC; Gabriel Cuka, M.D.; Mark Winchester, M.D.; and Stephanie Williams, ARNP-CNP (collectively "Defendants"), and respectfully request leave to file under seal certain exhibits to Defendants' forthcoming, respective Motions for Summary Judgment. Defendants desire to attach documents and materials that were produced in discovery and identified as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Doc. No. 60), as exhibits to their Motions for Summary Judgment. Specifically, Defendants anticipate that they will rely on certain records, e-mails and related materials as exhibits to support their arguments and positions contained in their Motions for Summary Judgment. Defendants contend these materials are sensitive and private or otherwise proprietary in nature and are the product of significant time and investment. Accordingly, Defendants have valid concerns regarding filing such documents as a

matter of public record. Filing certain exhibits under seal is necessary to protect Defendants' legitimate interests. Counsel for Plaintiff has no objection to the relief sought herein.

WHEREFORE, Defendants respectfully request this Court grant this Motion and enter an order authorizing them to file certain exhibits to their Motions for Summary Judgment under seal.

Respectfully submitted,

*s/ Anthony C. Winter*

Sean P. Snider, OBA# 22307
Anthony C. Winter, OBA# 32148
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
*Attorneys for Defendants Turn Key Health Clinics, LLC; Gabriel Cuka, M.D.; Mark Winchester, M.D.; and Stephanie Williams, ARNP-CNP*

CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/Anthony C. Winter*
Anthony C. Winter