IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

ANGELA LEDDY, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF CHRISTA SULLIVAN,

Plaintiff,
vs. No. CIV-23-0295-HE

TURN KEY HEALTH CLINICS, LLC,
et al.,

Defendants.

* * * * *

VIDEOTAPED DEPOSITION OF KEVIN WAGNER

TAKEN ON BEHALF OF THE PLAINTIFF

ON FEBRUARY 17, 2025, BEGINNING AT 10:28 A.M.

IN OKLAHOMA CITY, OKLAHOMA

* * * * *

APPEARANCES

On behalf of the PLAINTIFF:

Bryon D. Helm
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667
bryonhelm@ssrok.com

(Appearances continued on next page.)

EXHIBIT 7

VIDEOTAPED BY: Jeremy Lamberton

REPORTED BY: Jane McConnell, CSR RPR RMR CRR

MR. WINTER: Form.
A I do not remember, sir.
(Video played)
**Q (BY MR. HELM) In your statement to investigator, you said that at 2140 EMSA stood up, made a phone call and pronounced Ms. Sullivan dead; correct?**
A Yes, sir.
(Video played)
**Q (BY MR. HELM) Does the interview with Investigator Ponder refresh your memory as to how long Ms. Sullivan had been at the jail?**
A According to the video, I stated 350 something days.
**Q And to the best of your memory, had she been on suicide precautions for the entire time that she was at the jail?**
A I believe so.
**Q That included being in isolation; correct?**
A She wasn't really in isolation, as we generally know it. We actually put a staff member on her 24/7.
**Q She was the only person being housed in the cell; correct?**
A Correct.

**Q Do you recall what any of those other things were?**
A Not now. I probably could have told you then.
**Q Was one of those things a heart condition?**
A I'm not a medical expert.
**Q If you tell the investigator during the interview that she had a heart condition, any reason to dispute that today?**
A If I told them then, then I would have known about it. But as of today, I don't know if she has any kind of medical issues.
**Q You would agree that if you told the investigators about it in April of 2021, that you would have known about it in April of 2021?**
MR. WINTER: Form.
A Correct.
**Q (BY MR. HELM) Do you recall if there were times when Ms. Sullivan would refuse to eat?**
A Yes, sir. I believe she said she did not like our food.
**Q Would you agree that by the time of Ms. Sullivan's death, she had been wasting away for some time?**
MR. WINTER: Form.

A No. I wouldn't say that. I've seen Turn Key personnel up there begging her to eat, talking her into drinking Boost. I've seen staff talking her into eating some, drinking her Boosts.

**Q (BY MR. HELM) Any reason why you would tell investigators that she had been wasting away for quite some time if that wasn't, in fact, true?**

MR. WINTER: Form.

A I don't remember saying that she was wasting away.

**Q (BY MR. HELM) Do you recall saying that she looked like a skeleton?**

A I could have said that.

**Q Did she look like a skeleton?**

MR. WINTER: Form.

A I don't remember, honestly.

**Q (BY MR. HELM) Can you think of any reason why you would have told investigators that Ms. Sullivan had been wasting away for quite some time if that was not the truth?**

MR. WINTER: Form.

A I can't remember what was going on back then. So if I said that, then I probably saw her as wasting away. Although, I did see Turn Key and our own staff talking her into trying to eat a few bites

**Q Do you recall any interactions between Turn Key staff and Ms. Sullivan?**

A The only times I recollect interactions was them almost begging her to drink the Boosts because she wasn't eating. That's the only thing that sticks in my head.

**Q There's been previous testimony by jail staff that Turn Key medical staff was making fun of Ms. Sullivan. Do you recall incidents where medical staff was making fun of Ms. Sullivan?**

MR. WINTER: Form.

A Not in my presence. As a supervisor, I would have insisted that they cease and desist immediately.

**Q (BY MR. HELM) Do you know where an inmate leaving facility report is stored or maintained at the jail?**

A I don't. I would have turned it in to the captain on duty in their box, and from there I don't know if they would have scanned it in or shredded it. I don't know. I know you can find it on my Z drive if it's still intact.

**Q What is your Z drive?**

A That's the drive I saved all my reports on. Each officer had their own drive called a Z

**staff?**

A Yes, sir.

**Q Were there ever any times that you can recall that as a result of staffing, it was delayed or difficult to make it into patients' cells with nursing?**

A Yes, sir.

**Q Just so the record is clear, during the majority of the time Ms. Sullivan was there, was she housed on the 13th floor?**

A 13 Baker, yes, sir.

**Q That's kind of the medical floor; is that right?**

A That's the clinic.

**Q The clinic, is that the best way to refer to it?**

A Yes.

**Q The clinic?**

A It's a highly monitored area.

**Q That's different than the pods and the other floors in --**

A Yes, sir.

**Q -- in the Oklahoma County Jail?**

**Were you aware of any efforts made by medical providers, or anyone else for that matter,**

**to get Ms. Sullivan transferred out to Vinita or some other outpatient or inpatient psychiatric facility?**

A I believe Vinita was tried, but the waiting list for Vinita at that time was up over a year.

**Q But to your understanding, there were efforts being made to get Ms. Sullivan transferred to Vinita, and the issue was the waiting period; is that true?**

MR. HELM: Object to the form.

A Yes, sir.

**Q (BY MR. WINTER) Were you aware or copied on any of the letters or emails prepared by medical providers regarding Ms. Sullivan and her need to be transferred out to an in-patient psychiatric facility?**

A Above my pay grade at the time.

**Q Quite frankly, sir, this is kind of an open-ended question, and I was hoping you could educate me a little bit.**

**I think we made some comments about Ms. Sullivan at times being placed on one-to-one supervision. Do you recall that?**

A To my knowledge, she was always on