IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ANGELA LEDDY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTA SULLIVAN,

Plaintiff,

vs. No. CIV-23-0295-HE

TURN KEY HEALTH CLINICS, LLC, et al.,

Defendants.

VIDEOTAPED DEPOSITION OF KAREN WALKER
TAKEN ON BEHALF OF THE PLAINTIFF
ON FEBRUARY 17, 2025, BEGINNING AT 1:27 P.M.
IN OKLAHOMA CITY, OKLAHOMA

APPEARANCES

On behalf of the PLAINTIFF:

Bryon D. Helm
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
(918) 585-2667
bryonhelm@ssrok.com

On behalf of the DEFENDANTS:

Anthony C. Winter
JOHNSON, HANAN, VOSLER, HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, Oklahoma 73114
(405) 232-6100
awinter@johnsonhanan.com

VIDEOTAPED BY: Jeremy Lamberton

REPORTED BY: Jane McConnell, CSR RPR RMR CRR

EXHIBIT
8

A And she was aware that was the plan.
Q (BY MR. WINTER) Did she have any opinions about that plan?
A Not to my knowledge.
Q Ma'am, today we went through a few of the medical records from the Oklahoma County Jail. Is today the first time you've ever looked at medical records from the Oklahoma County Jail?
A Like this right here?
Q Yes, ma'am.
A Yes. I was not privy to that information.
Q Did you ever have access to any of the electronic medical records out at the Oklahoma County Jail?
A No.
Q They're organized kind of in a weird format is the point I want to make.
A Yes, it is. No.
Q It seems to me, ma'am, based on my review of the records, that Ms. Sullivan bounced between SP1 and SP2 or something like that, pretty much the whole time. Is that your recollection?
A Yes. She would try to harm herself.
Q On multiple occasions; right?
A On multiple occasions, yes.

little table that's there, she would scrape her wrist up against it to try to cut her wrist.

**Q Do you recall any instances in which she would try to harm herself using the toilet or the water in the toilet?**

A Stick her head in the toilet.

**Q Do you recall her doing that?**

A Uh-huh.

**Q And so were you physically present at any of the times when she attempted self-harm?**

A Yes.

**Q And would you perceive the same way we kind of described earlier, you'd radio and say, hey --**

A Notify, yeah. Or I tell her, "Ms. Sullivan, get your head out of that toilet."

**Q It seemed like you guys had a pretty good relationship.**

A We did. We did.

**Q Would she listen to you?**

A Yes.

**Q Earlier today we took the deposition of Kevin Wagner. Does that name ring a bell?**

A Yes, it does.

**Q Mr. Wagner described that Turn Key would**

**practically beg Ms. Sullivan to eat.**

A (Witness nods affirmatively.)

**Q Is that consistent with your recollection?**

MR. HELM: Object to the form.

A Yes. I would beg her to eat.

**Q (BY MR. WINTER) And the nursing staff would as well?**

MR. HELM: Object to the form.

A Yes.

**Q (BY MR. WINTER) And it's my understanding she was ordered and prescribed and provided those Boost nutritional shakes?**

A Uh-huh.

MR. HELM: Object to the form.

**Q (BY MR. WINTER) And she liked those; right?**

A Uh-huh.

**Q And would you encourage her to also take those calories in that way?**

A Uh-huh.

**Q Is that a yes?**

A Yes. I'm sorry.

**Q You're good. I knew what you were saying. I just wanted to make sure that the court reporter was getting it down.**

A Or I would tell her, if she ate her dinner, when I would come in the next day, I'd bring her an apple, encouraging her to at least try.

**Q Do you know whether or not the medical providers -- strike that.**

**Do you know whether or not the mental health providers were allowed to enter the patient's cell without a detention officer being present?**

MR. HELM: Object to the form.

A No. They would have to have a detention officer present.

**Q (BY MR. WINTER) Was it common for them to assess or round on their patients through the bean hole?**

A Yes. They would, yeah.

**Q And was that, based on your knowledge, due in part because the bean holes are open and they didn't need to have a DO around?**

A The reason for it, I don't know.

**Q Okay. But that's how it was done?**

A That's how it was done.

**Q Do you know if that was Oklahoma County policy?**

A No, I don't.