# OU MEDICAL CENTER

OU Medical Center (Adult) Oklahoma City, Oklahoma URN: E2291385

Account No. E00670092469 Adm Date 06/25/20 Med Rec No. E002955190
Room/Bed HB3 Adm Time 1219 Fin Class 99
Type REG ER Loc/Serv E.ER - EMERGENCY DEPARTMENT /

PATIENT SULLIVAN, CHRISTA SS#: xxx-xx-7326
Address : OK CO JAIL 201 N SHARTEL AVE DOB: [redacted] Age: 64 Sex: F
Address2 : 201 N SHARTEL AVE COUNTY Mar St: S Race: W
City/St/Zip: OKLAHOMA CITY,OK 73102 OKLAHOMA Language: English
Phone : 405-713-1000 Religion: PROTESTANT
Other Phone: 999-999-9999 Legal Status:
PT EMPLOYER INMATE EMAIL: NONE
Address : N/A Preferred Name:
City/St/Zip: OKLAHOMA CITY,OK 77777 Gender Identity:
Phone : 999-999-9999 Occupation: 130793778

NEXT OF KIN JAIL,OK CO
Address : OK CO JAIL 201 N SHARTEL AVE
City/St/Zip: OKLAHOMA CITY,OK 73102
Home Phone : 405-713-1000
Work Phone : 999-999-9999
Relation : OTHER

NOTIFY JAIL,OK CO
Address : OK CO JAIL 201 N SHARTEL AVE
City/St/Zip: OKLAHOMA CITY,OK 73102
Home Phone : 405-713-1000
Work Phone : 999-999-9999
Relation : OTHER

GUARANTOR SULLIVAN,CHRISTA
Birthdate : [redacted] Sex: F
Soc Sec # : xxx-xx-7326
Address : OK CO JAIL 201 N SHARTEL AVE
City/St/Zip: OKLAHOMA CITY,OK 73102
Phone : 405-713-1000
Relation : PATIENT

GUAR EMPLOYER INMATE
Address : N/A
City/St/Zip: OKLAHOMA CITY,OK 77777
Phone : 999-999-9999
Occupation : 130793778

| INSURANCE | POLICY NUMBER | GROUP NO. | SUBSCRIBER |
|---|---|---|---|
| 1 MCAID PENDING<br>PO BOX 18430 | 7777 | 999999 | SULLIVAN,CHRISTA<br>OKLAHOMA CITY OK 73154 |
| 2 CHARITY PENDING<br>10030 N MACARTHUR BLVD | 77777 | 999999 | SULLIVAN,CHRISTA<br>IRVING TX 75063 |
| 3 UNINSURED<br>PO BOX 639400 | 77777 | 999999 | SULLIVAN,CHRISTA<br>IRVING TX 75063 |

Insured Subscriber (If other than Patient) DOB: SS#:

ADM PHYS
PCP No Primary or Family Physician
REF PHYS Self Referred
ATTEND PHYS
FAMILY PHYS
ER PHYS Saadah,Jamal R MD
Reason for Visit: WOUND CARE AND WEIGHT LOSS
Comment:

| | Occurrence | Date | Time | Condition Code |
|---|---|---|---|---|
| 1 | 11 | 06/25/20 | | 1 |
| 2 | | | | 2 |
| 3 | | | | 3 |
| 4 | | | | 4 |

Last Hospitalization
Hospital :
From Date:
Thru Date:

ACCOUNT # E00670092469 | PRE ER : ENUR.SP13 | Reg by : EADM.LXW1

*EDF* Page 1 of 1
OU MEDICAL CENTER
FACESHEET Printed on 06/25/20 at 1341

SULLIVAN, CHRISTA
Acct# E00670092469 MR# E002955190
Loc: E.ER DOB: [redacted] F 06/25/20
Saadah,Jamal R MD

EXHIBIT 9

OU MEDICAL CENTER (COCPN)
ED Provider Report
REPORT#:0625-0196
DATE:06/25/20 Time: 1315

PATIENT: SULLIVAN,CHRISTA UNIT No: E002955190
ACCOUNT#: E00670092469 ROOM: E.ER
REPORT AUTHOR: Saadah,Jamal R MD

## LINDSEY,ASHLEY RAE 06/25/20 1315:
## HPI-General Illness

### Free Text HPI Notes
**Free Text HPI Notes**
64 yo female with pmhx schizophrenia, bipolar disorder who has been incarcerated for 2 months presents to the ED for evaluation of a 16 lb weight loss and bilateral hip pressure wounds. Pt reports the prison food is not appetitizing so she has not been eating. She endorses depression and lays in bed all day. She denies fever, chills, nightsweats, dizziness, abnormal bleeding, cp, shob or any other issue. She reports she is feeling hungry now.

### General
**Suspected COVID-19 patient?** No
**Confirmed Patient** Yes
**Patient Type** New patient

### Presentation
**Chief Complaint** Weight loss and pressure sores
**Hx Obtained From** Patient
**Sudden in Onset?** Yes
**Onset Occurred** Weeks ago
**Symptom Duration** Since onset
**Progression since Onset** Unchanged, Constant

## Review of Systems

### ROS Statements
**All systems rev & neg** except as marked.
**Complete sys rev & neg** except as marked.

### Review of Systems
**Constitutional**
Denies: Chills, Fever, Malaise, Weakness - generalized.
**Respiratory**
Denies: Cough, non-productive, Cough, productive, Shortness of breath.
**Cardiovascular**
Denies: Chest pain, Dyspnea on exertion.
**GI**
Denies: Abdominal pain, Nausea, Vomiting.
**GU Female**

Denies: Dysuria, Flank pain, Hematuria, Urinary frequency, Urinary urgency, Vaginal bleeding - abnl.
**Musculoskeletal**
Denies: Back pain, Extremity pain.
**Endocrine**
Reports: Weight loss.
**Skin**
Reports: Ulceration. Denies: Abrasion, Rash, Redness.
**Neurologic**
Denies: Dizziness, Generalized weakness, Headache, Lightheaded.

## Past Medical History - Adult

**Stated Complaint** WOUND CARE AND WEIGHT LOSS
**Allergies**
**Coded Allergies:**
codeine (UNKNOWN 06/25/20)

**Home Medications**
**Reported Medications**
Loperamide (Imodium) 2 MG PO BID
Venlafaxine (Effexor)
Aripiprazole (Abilify)
MIRTAZAPINE (Remeron)
Atorvastatin (Lipitor)
Propranolol (Inderal)

**Review of Nursing Notes** Rev avail, and agree
**Additional Medical History**
bipolar disorder
schiozophrenia
**Additional Surgical History**
denies
**Alcohol Use** Denies EtOH use
**Drug Use** Denies recreational drugs
**Smoking status for patients 13 years old or older:** Never Smoker

## Physical Exam

### Vital Signs

**Vital Signs**
First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 06/25 1225 |
| B/P | 114/71 | 06/25 1225 |
| Temp | 37.3 | 06/25 1225 |
| Pulse | 82 | 06/25 1225 |

| | | |
|---|---|---|
| Resp | 16 | 06/25 1225 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 06/25 1608 |
| B/P | 107/64 | 06/25 1608 |
| Pulse | 94 | 06/25 1608 |
| Resp | 16 | 06/25 1608 |
| Temp | 37.3 | 06/25 1225 |

**Review of Vital Signs** Reviewed

## Basic Physical Exam

**Basic PE** GEN: Well appearing/NAD, HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, NECK: Supple, RESP: No resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

## Physical Exam

**General/Const**
**General/Const** Awake, Alert, No acute distress
**MS Head**
**Head** Atraumatic, Normocephalic
**Eyes**
**Eyes** Atraumatic, PERRL, EOMI
**Ears/Nose/Throat**
**Ears/Nose/Throat** Atraumatic, Airway patent, Mucous membranes moist, Pharynx NL
**MS Neck**
**Neck** Atraumatic, Supple, No swelling, Non-tender
**Resp/Chest**
**Respiratory/Chest** Atraumatic, Breath sounds NL, Breath sounds = bilat, No respiratory distress, No rales, No rhonchi
**Cardiovascular**
**Cardiovascular** Heart rate NL, Regular rhythm, Heart sounds NL, Cap refill not delayed, Peripheral circulation NL
**Abdomen/GI**
**Abdomen/GI** Soft, Non-tender, No guarding, No rebound
**MS Back**
**Back** Atraumatic, Inspection NL
**MS Ankle/Foot**
**Ankle/Foot** Atraumatic, Inspection NL, Neurologic intact, Vascular intact
**Skin**
**Skin** Warm, Dry, Intact
**Text/Dict Notes**
bilateral hip pressure sores Stage II ~ 1.25 cm in diameter
**Neurologic**
**Neurologic** Oriented X3, Speech NL, No motor deficits, No sensory deficits

## Interpretation & Diagnostics

### Lab Results Interpretation

**Results**

Laboratory Tests

**06/25/20 1254:**






**Laboratory Tests:**

| | 06/25 1254 | 06/25 1304 |
|---|---|---|
| Chemistry | | |
| POC Sodium (134 - 144 mEq/L) | | 139 |
| POC Potassium (3.5 - 5.1 mEq/L) | | 3.8 |
| POC Chloride (96 - 108 mEq/L) | | 103 |
| POC Total CO2 (22 - 30 mEq/L) | | 27 |
| POC Anion Gap (7 - 19) | | 14 |
| POC BUN (8 - 21 mg/dL) | | 23 H |
| POC Creatinine (0.7 - 1.3 mg/dL) | | 0.6 L |
| POC Glucose (65 - 110 mg/dL) | | 94 |
| POC Ioniz Calcium Meas (1.12 - 1.32 mmol/L) | | 1.15 |
| TSH (0.350 - 4.940) | 1.682 | |
| Hematology | | |
| WBC (4.00 - 11.00 K/mm3) | 8.13 | |
| RBC (3.90 - 5.10 M/mm3) | 3.88 L | |
| Hgb (12.0 - 16.0 g/dL) | 12.1 | |
| POC Hgb (12.0 - 16.0 g/dL) | | 11.6 L |
| Hct (34.0 - 46.0 %) | 37.4 | |
| POC Hct (32.0 - 46.0 %) | | 34.0 |
| MCV (80.0 - 99.0 fL) | 96.4 | |
| MCH (27.0 - 34.0 pg) | 31.2 | |
| MCHC (32.0 - 36.0 g/dL) | 32.4 | |
| RDW (11 - 15 %) | 12.3 | |
| Plt Count (140 - 440 K/mm3) | 374 | |
| MPV (9.3 - 12.2 fL) | 8.9 L | |
| Gran % (39.0 - 78.0 %) | 69.9 | |
| Immature Gran % (Auto) (0 - 0.6 %) | 0.4 | |
| Lymph % (Auto) (15.0 - 46.0 %) | 18.3 | |
| Mono % (Auto) (2.0 - 14.0 %) | 10.2 | |
| Eos % (Auto) (0 - 6.0 %) | 1.0 | |
| Baso % (Auto) (0 - 2.0 %) | 0.2 | |
| Gran # (1.6 - 8.6 K/mm3) | 5.68 | |

| | | |
|---|---|---|
| Lymph # (Auto) (0.6 - 5.1 K/mm3) | 1.49 | |
| Mono # (Auto) (0.1 - 1.5 K/mm3) | 0.83 | |
| Eos # (Auto) (0 - 0.7 K/mm3) | 0.08 | |
| Baso # (Auto) (0 - 0.2 K/mm3) | 0.02 | |
| Immature Gran # (Auto) (0 - 0.06 K/mm3) | 0.03 | |
| Miscellaneous | | |
| Specimen Type | | VEN |
| Specimen Comment | | |
| Toxicology | | |
| Salicylates (50 - 250 mg/L) | <40.0 L | |
| Acetaminophen (9.1 - 17.4 mg/L) | <10.0 | |
| Plasma/Serum Alcohol (<10 None Det mg/dL) | <10 | |

Microbiology:

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 06/25 1416 NARES | MRSA Screen - ORD |

## Point of Care Testing

**Pulse Oximetry**

**Pulse Ox %** 100
**On:** Room air
**Interpretation** Interpreted by me, Pulse oximetry normal
**Time** 1225

## Re-Evaluation & MDM

## ED Course

**Medication(s) Ordered**

Medication(s) Ordered:

**Central Nervous System Agents**

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lorazepam | 1 MG | Q4H PRN PRN PO | 06/25 1430 07/25 1431 | AC | 06/25 1550 |
| Olanzapine | 5 MG | Q8H PRN PRN PO | 06/25 1430 07/25 1431 | AC | |

## Patient Discharge & Departure

## Vital Signs/Condition

**Vital Signs**

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 06/25 1225 |
| B/P | 114/71 | 06/25 1225 |
| Temp | 37.3 | 06/25 1225 |
| Pulse | 82 | 06/25 1225 |
| Resp | 16 | 06/25 1225 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 100 | 06/25 1608 |
| B/P | 107/64 | 06/25 1608 |
| Pulse | 94 | 06/25 1608 |
| Resp | 16 | 06/25 1608 |
| Temp | 37.3 | 06/25 1225 |

All vital signs available at the time of this entry have been reviewed.

## Disposition Decision

**Admit**

**Admit Physician Name**
Saadah,Jamal R MD
**Admit Physician** EM
**Request Time** 1429
**Request Date** 06/25/20
**)( Admission Accepts** Yes
**)( Accepted Time** 1429
**)( Accepted Date** 06/25/20

## Discharge/Care Plan

**Counseled Regarding** Need for admission, Need for psych eval
**Admit Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The patient has been stabilized within the capability of the emergency department. The patient will be transported for further care and management or will be moved to an observation or inpatient service. I have communicated with the staff or medical practitioner taking over this patient's care.

## SAADAH,JAMAL R 06/25/20 1518:
## HPI-General Illness

## General

**Initial Greet Date/Time** 06/25/20 1231

Portions of this section were scribed by Wells,Monica E on 06/25/20 at 1647

Portions of this section were scribed by Bowers,Sarah A on 06/25/20 at 1518

Portions of this section were scribed by Bowers,Sarah A on 06/25/20 at 1518

## Interpretation & Diagnostics

### Lab Results Interpretation
**Considerations** Reviewed prior records

**Lab Statement**
Laboratory studies reviewed and considered in the medical decision-making.

### ECG #1 Interpretation
**Text/Dict Note**
right atrial enlargement
**ECG Documented in MUSE** Yes
**Date** 06/25/20
**Time** 1522
**Interpreted by** ED physician
**NL ECG Interpretation** Normal rate, Normal sinus rhythm
**Rate** 87

Portions of this section were scribed by Wells,Monica E on 06/25/20 at 1647

Portions of this section were scribed by Bowers,Sarah A on 06/25/20 at 1518

## Re-Evaluation & MDM

### Free Text MDM Notes
**Additional Text**
Pt seen and evaluated by MLP. I agree w/ contents of medical records unless otherwise noted by me. Case discussed and diagnostics reviewed. I agree w/ rendered care and proposed care plan.

1515: Patient initially had EOD placed by us for severe depression and suicidal gestures. She is a county jail inmate. Psychiatry services evaluated the patient and concurred with the EOD process. They thought the patient lacks decisional capacity and needs to be managed inpatient for severe depression with potential suicidal thoughts. The patient does not, however, warant admission to ED OBS because she is an inmate and can be monitored in jail under suicide precautions. Will discharge pt back to jail under suicide precautions at this time.

## ED Course
**Time** 1520
**Patient Course** Stable

**Additional Hx/Info Source** Prior records reviewed
**Safety Concerns** Unable to care for self

Portions of this section were scribed by Wells,Monica E on 06/25/20 at 1647

Portions of this section were scribed by Bowers,Sarah A on 06/25/20 at 1518

## Patient Discharge & Departure

### Vital Signs/Condition
**Condition** Stable

### Clinical Impression
**Clinical Impression**
**Primary Impression:** Severe depression
**Time of Impression** 1515

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 1520
)( **Date** 06/25/20

### Discharge/Care Plan
**Discharge Note**
I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

## Supervising Physician Note

**MidLv/Doc Saw Pt 2**

I have personally interviewed and examined the patient. All charts, labs, and imaging studies were reviewed. I agree with this PA/NPs findings, exam and plan.

**Scribe Statement**

Bowers,Sarah A, 06/25/20 1521, scribing for and in the presence of Dr. Jamal Saadah.
Signed By: Bowers,Sarah A, 06/25/20 1521

**Provider Scribed Statement**

I personally performed the services described in this documentation and reviewed the documentation that was dictated to the scribe(s) in my presence, and it accurately records my words and actions.

Portions of this section were scribed by Wells,Monica E on 06/25/20 at 1647

Portions of this section were scribed by Bowers,Sarah A on 06/25/20 at 1518

Electronically Signed by LINDSEY,ASHLEY R APRN on 06/26/20 at 2035
Electronically Signed by Saadah,Jamal R MD on 06/27/20 at 0224

RPT #: 0625-0196
***END OF REPORT***

OU MEDICAL CENTER (COCPN)
Psychiatric Consult Note Adult
REPORT#:0625-0240
DATE:06/25/20 Time: 1409

PATIENT: SULLIVAN,CHRISTA UNIT No: E002955190
ACCOUNT#: E00670092469 ROOM: E.PER
REPORT AUTHOR: Lastrapes,Eleanor Lynn MD

## Lastrapes,Eleanor L 06/25/20 1409:

## Psychiatry Consult Note

### Patient Information

**Reason for Consult:** Evaluation of suicidal ideation

**Referring Service:** Emergency Medicine

### History of Present Illness

64 yo female with pmhx schizophrenia, bipolar disorder who has been incarcerated for 2 months presents to the ED for evaluation of a 16 lb weight loss and bilateral hip pressure wounds. Patient followed by Dr. Ostermeyer at the jail. Psychiatry consulted for evaluation of suicidality that patient recently endorsed to Dr. Ostermeyer.

Patient endorses feeling depressed for the past two months since being incarcerated with associated sxs of guilt, hopelessness, poor appetite, and poor concentration. Patient denies current SI/HI/AVH, but endorses having a suicide attempt via attempting to cut her own wrist last week while incarcerated. Patient states she has had multiple previous suicide attempts and multiple prior hospitalizations.

Obtained collateral from Dr. Ostermeyer who is taking care of patient with Dr. Cuka at Oklahoma County Jail. Patient endorsed suicidal ideation to Dr. Cuka this AM. Since patient's arrest, patient has endorsed suicidal intention and exhibited severe apathy for self-care (lying in own feces/urine for hours at a time, refusing to eat, etc).

### Past Problems

**Past Psychiatric History:** Bipolar Disorder and Schizophrenia

**Hospitalizations:** multiple both here and in Germany

**Suicide Attempts:** multiple

**Outpatient Treatment:** Currently followed by Dr. Ostermeyer at the jail

**Current Psychiatric medications:**

Venlafaxine (Effexor)
Aripiprazole (Abilify)
MIRTAZAPINE (Remeron)

### Problem List

1. **Severe depression**

**Trauma/Abuse History** denies

**Substance Abuse History**
Denies tobacco, ETOH, or illicit drug use
**Psychosocial History**
Patient orginally from Germany, moved to the US 38 years ago with her husband, has 2 adult children. Patient currently incarcerated.
**Review of Systems**
GEN: Endorses weight loss; Did not endorse malaise, fever
HEAD: Did not endorse recent trauma, pain, bleeding
EYES: Did not endorse double vision, visual loss
ENT: Did not endorse sore throat, runny nose, congestion
RESP: Did not endorse cough, resp distress, shortness of breath
CVS: Did not endorse palpitations, pain, shortness of breath
GU: Did not endorse change in urination, menstrual irregularities, pain
GAST: Did not endorse pain, N/V, gas, changes in bowel function
SKIN: Endorses ulcers; Did not endorse rash, recent trauma
MUSCULOSKELETAL:
HEME: Did not endorse anemia, bleeding problems, or bruise easily
PSYCH: See HPI
NEURO: Did not endorse seizures, dizziness, headaches

**Family Psychiatric History**
Denies
**General Appearance/Behavior:** Thin cachectic, Normal stated age, Cooperative, Good eye contact
**Orientation to person/place/time/situation:**
oriented to person, place, time, and situation
**Level of Consciousness:** Awake, Alert
**Speech:** Regular rhythm, Regular rate, Normal volume, Normal vocal prosody
**Psychomotor Abnormalities:**
No psychomotor agitation or retardation

**Mood/Affect:** Congruent affect, Depressed
**Recent/Remote Memory:**
Can recall significant past events and memories from childhood.

**Attention Span/Concentration:** Spell world backwards
**Computation:**
Able to computer basic arithmetic calculations without difficulty (25+9, 11+17)

**Language:** Appear average intellect, Appropriate vocabulary
**Thought Content:** No SI/HI/AV hallucination, voiced SI this AM per psychiatri st
**Delusions:** none noted
**Thought Processes/Associations:** Linear/goal directed, No loose associations
**Fund of Knowledge:** Recall recent world event
**Abstract Reasoning:**
Demonstrates the ability to interpret a proverb appropriately (a picture is worth a thousand words)

**Muscle Strength/Tone or Gait/Station:** No deficits observed
**Insight/Judgment**
Able to understand nature of illness and appears to exercise appropriate judgment? no

Insight and judgment is poor? insight and judgement appear limited

## Patient Status

### Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | B/P Mean | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|---|
| 06/25 1225 | 37.3 | 82 | 16 | 114/71 | | 100 | | | |

### Current Medications

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Lorazepam | 1 MG | Q4H PRN PRN PO | 06/25 1430 07/25 1431 | AC | 06/25 1550 |
| Olanzapine | 5 MG | Q8H PRN PRN PO | 06/25 1430 07/25 1431 | AC | |

## Recent Results

### Chemistry

| | 06/25 1254 | 06/25 1304 |
|---|---|---|
| Chemistry | | |
| POC Sodium (134 - 144 mEq/L) | | 139 |
| POC Potassium (3.5 - 5.1 mEq/L) | | 3.8 |
| POC Chloride (96 - 108 mEq/L) | | 103 |
| POC Total CO2 (22 - 30 mEq/L) | | 27 |
| POC Anion Gap (7 - 19) | | 14 |
| POC BUN (8 - 21 mg/dL) | | 23 |
| POC Creatinine (0.7 - 1.3 mg/dL) | | 0.6 |
| POC Glucose (65 - 110 mg/dL) | | 94 |
| POC Ioniz Calcium Meas (1.12 - 1.32 mmol/L) | | 1.15 |
| TSH (0.350 - 4.940) | 1.682 | |

### Hematology

| | 06/25 1254 | 06/25 1304 |
|---|---|---|
| Hematology | | |
| WBC (4.00 - 11.00 K/mm3) | 8.13 | |
| RBC (3.90 - 5.10 M/mm3) | 3.88 | |
| Hgb (12.0 - 16.0 g/dL) | 12.1 | |
| POC Hgb (12.0 - 16.0 g/dL) | | 11.6 |
| Hct (34.0 - 46.0 %) | 37.4 | |

| | | |
|---|---|---|
| POC Hct (32.0 - 46.0 %) | | 34.0 |
| MCV (80.0 - 99.0 fL) | 96.4 | |
| MCH (27.0 - 34.0 pg) | 31.2 | |
| MCHC (32.0 - 36.0 g/dL) | 32.4 | |
| RDW (11 - 15 %) | 12.3 | |
| Plt Count (140 - 440 K/mm3) | 374 | |
| MPV (9.3 - 12.2 fL) | 8.9 | |
| Gran % (39.0 - 78.0 %) | 69.9 | |
| Immature Gran % (Auto) (0 - 0.6 %) | 0.4 | |
| Lymph % (Auto) (15.0 - 46.0 %) | 18.3 | |
| Mono % (Auto) (2.0 - 14.0 %) | 10.2 | |
| Eos % (Auto) (0 - 6.0 %) | 1.0 | |
| Baso % (Auto) (0 - 2.0 %) | 0.2 | |
| Gran # (1.6 - 8.6 K/mm3) | 5.68 | |
| Lymph # (Auto) (0.6 - 5.1 K/mm3) | 1.49 | |
| Mono # (Auto) (0.1 - 1.5 K/mm3) | 0.83 | |
| Eos # (Auto) (0 - 0.7 K/mm3) | 0.08 | |
| Baso # (Auto) (0 - 0.2 K/mm3) | 0.02 | |
| Immature Gran # (Auto) (0 - 0.06 K/mm3) | 0.03 | |

**Miscellaneous**

| | 06/25 1304 |
|---|---|
| Miscellaneous | |
| Specimen Type | VEN |
| Specimen Comment | |

**Toxicology**

| | 06/25 1254 |
|---|---|
| Toxicology | |
| Salicylates (50 - 250 mg/L) | <40.0 |
| Acetaminophen (9.1 - 17.4 mg/L) | <10.0 |
| Plasma/Serum Alcohol (<10 None Det mg/dL) | <10 |

**Microbiology**

| Date/Time Source | Procedure - Status Growth |
|---|---|
| 06/25 1416 NARES | MRSA Screen - ORD |

**Diagnosis**

**Assessment:** 64 yo female with pmhx schizophrenia, bipolar disorder who has been incarcerated for 2 months presents to the ED for evaluation of a 16 lb weight loss and bilateral hip pressure wounds. Patient followed by Dr. Ostermeyer at the jail. Psychiatry consulted for evaluation of suicidality. Though patient is currently denying SI/HI/AVH, patient endorsed suicidal intention to psychiatry at OKC County Jail this morning as well as

displaying concerning behavior such as endorsing suicidal intention since arrest and severe apathy regarding self-care.

**Diagnosis:**
MDD, severe
Schizophrenia by history
Bipolar Disorder by history

**Plan:**
**-LMHP (psychiatric hold) filed on 06/25/20 (expires 07/01/20 at midnight)**
**-Restart outpatient psychiatric medications**
**-Continue suicide precautions**

1) Safety Supervision Level: suicide precautions
2) Likely Disposition: Either return to Jail or pursue inpatient psychiatry once medically stable
3) Labs/EKG: monitor QTc, discontinue antipsychotics for QTc>500
4) Medication Recs: as above
5) Psychotherapy: not indicated at this time
6) Collateral History: Dr. Ostermeyer, primary team, chart review
7) Monitor: acute safety concerns
8) F/up Psychiatry Frequency: as requested

Thank you for the consult. Patient discussed with supervising attending, Dr. Czapla, who agrees with above assessment and plan unless otherwise indicated in an addendum below.

**CZAPLA,CHRISTOPHER S 06/25/20 1617:**
**Psychiatry Attending Note**
**Attending Note**
I discussed the patient's management with the residents and reviewed the resident's note. I agree with the documented findings and plan of care unless amended below.

Resume psychiatric outpatient medicaiton list as follows:
-Aripiprazole 30mg QHS
-Mirtazapine 45mg QHS
-Venlafaxine ER 150mg daily

Disposition: either return to jail on sucide precautions or transfer to inpt psychiatric facility pending legal determination on access to off site facility

Electronically Signed by Lastrapes,Eleanor Lynn MD on 06/25/20 at 1602
Electronically Signed by Czapla,Christopher Scott MD on 06/25/20 at 1622

RPT #: 0625-0240
***END OF REPORT***