October 16, 2020

**REQUEST FOR TRANSFER ORDER**
**INMATE: Christa Sullivan, DOB** [redacted]

Dear Honorable Judge:

I am writing to you to request an order for transfer to a psychiatric inpatient treatment hospital facility for inmate Ms. Christa Sullivan due to medical and psychiatric necessity.

Ms. Sullivan has been in segregation on our most intense level of suicide SP 1 watch for almost the entirety of her stay here at OCDC. She has had multiple suicide attempts as well as multiple incidents of self-harm such as abrading and lacerating her wrists on sharp corners of her cot. I have tried to step her down to less intense suicide precautions and this always resulted yet another suicide attempt or self-harm episode.

Due to very prolonged segregation on level 1 suicide watch, her physical health has gravely deteriorated. Ms. Sullivan is emaciated with low appetite and our medicine team has extra calories ordered for her. She prefers to remain naked in her cell and is laying down almost all day and night to the extent that she has developed severe pressure ulcers that have become infected, placing her at high risk of systemic infection (sepsis) and death.

Ms. Sullivan requires imminent transfer to an inpatient psychiatry unit for stabilization. Without such transfer, she is at very high risk of further demise and death. In order to save this inmate's life, we are respectfully requesting an order by you to transfer her to an inpatient psychiatric hospital unit, either Griffin Memorial Hospital or Vinita Oklahoma Forensic Center.

Respectfully,

Gabriel M Cuka, MD, MBA
Chief of Psychiatry
Oklahoma County Detention Center
Clinical Assistant Professor
Department of Psychiatry and Behavioral Sciences
University of Oklahoma

EXHIBIT
14