# Exhibit 17

## Filed Under Seal (*See* Doc. No. 70)