# Exhibit 15

## Filed Under Seal (*See* Doc. No. 70)