## Confidential Medical Summary

Name: Sullivan, Christa
#: 130793778
DOB: [redacted]
Location: 13B – 09 (Long-term suicide precaution status)

Date: 11/05/2020

To whom it may concern:

Ms. Christa Sullivan is a 64 year-old white female incarcerated at OCDC. Ms. Sullivan suffers severe mental health issues including but not limited to, suicidal and self-harm tendencies, schizophrenia, regression and occasionally catatonia. She has been on SP2 status since 4/28/2020 which was shortly after her arrest. This mean for greater than 6 months she has been in a smock and unable to wear any clothes. She is suffering from poor intake, confusion, bed sores due to inactivity and disorientation. She frequently requires 24-hour observation for safety, bathing, and hygiene assistance daily. She is usually incontinent as well. At times she is cooperative and oriented and confused to catatonic at other times. She is followed almost daily by our mental health team and psychiatry. She is on two anti-psychotics with minimal improvement. Ms. Sullivan was noted to have bruising and signs of abuse at the time of intake. Family members have expressed concerns that she has been chronically physically abused by another family member.

In my opinion, Ms. Sullivan is continuing to decline physically due to her severe mental illness and has become unfit to continue at OCDC. She is at extremely high risk for complications including sudden death. I am formally requesting other suitable arrangements be made by the court and her case expedited if possible. Please contact me if you have any questions.

Sincerely,

Kent King, MD 11/5/2020

Kent King, MD
Medical Director, Turnkey Health
OK Co Detention Center

EXHIBIT
20