**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANGELA LEDDY, as Personal Representative to the Estate of Christa Sullivan, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>TURN KEY HEALTH CLINICS, LLC, et al.,<br><br>Defendants. | Case No. 23-CV-295-HE |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** the Parties to this action as follows:

Plaintiff's claims against Defendant Stephanie Williams, ARNP-CNP ("Nurse Williams") are dismissed.

Plaintiff and Nurse Williams shall bear their own fees and costs. This dismissal applies only to the claims brought against Nurse Williams.

Respectfully submitted,

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com

s/ Anthony C. Winter
Sean P. Snider, OBA# 22307
Anthony C. Winter, OBA# 32148
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com

*Attorneys for Plaintiff*

*Attorneys for Defendants Turn Key Health Clinics, LLC; Gabriel Cuka, M.D.; Mark Winchester, M.D.; and Stephanie Williams, ARNP-CNP*