**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANGELA LEDDY, as Personal Representative of the Estate of Christa Sullivan, Deceased, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | NO. CIV-23-0295-HE |
| OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al., | ) | |
| Defendants. | ) | |

**JUDGMENT**

This case came before the court on motions to dismiss by defendants Oklahoma County Criminal Justice Authority, Board of County Commissioners for Oklahoma County, and Nancy Meyer and on motions for summary judgment by defendants Turn Key Health Clinics, LLC, Dr. Gabriel Cuka, and Dr. Winchester, and the court having ruled on the motions, and plaintiff's claims against defendant Stephanie Williams having been previously dismissed by stipulation, it is hereby ordered that:

Pursuant to Fed. R. Civ. P. 12(b)(6), the claims of plaintiff Angela Leddy, as personal representative of the Estate of Christa Sullivan, deceased against defendants Oklahoma County Criminal Justice Authority, Board of County Commissioners for Oklahoma County, and Nancy Meyers are dismissed; and

Pursuant to Fed. R. Civ. P. 56(a), summary judgment is entered in favor of defendants Turn Key Health Clinics, LLC, Dr. Gabriel Cuka, and Dr. Mark Winchester

and against plaintiff Angela Leddy, as personal representative of the Estate of Christa Sullivan, deceased, on her claims.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE