**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ANGELA LEDDY, as Personal Representative of the Estate of Christa Sullivan, Deceased,

Plaintiff,

v.

OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, et al.,

Defendants.

Case No. 23-CV-295-HE

# BILL OF COSTS ITEMIZATION SHEET

| | Date | Deposition | Cost |
|---|---|---|---|
| TRANSCRIPTS | | | |
| | 10-Feb-2025 | Angela Leddy | $1,250.81 |
| | 11-Feb-2025 | Gabriel Cuka, M.D. | $545.58 |
| | 14-Feb-2025 | Ezekiel Holloway | $200.93 |
| | 17-Feb-2025 | Kevin Wagner | $175.56 |
| | 17-Feb-2025 | Karen Walker | $227.42 |
| | 18-April-2025 | Mark Winchester, M.D. | $505.30 |
| | 9-May-20205 | Justin Berk, M.D. | $1,773.61 |
| | | **Total:** | **$4,679.21** |

| | | | |
|---|---|---|---|
| MISC/OTHER | | | |
| | 11-July-2024 | Court Records for Christa Sullivan's Criminal Proceeding. | $13.00 |
| | 17-Dec-2024 | Christa Sullivan's Medical Records from SSM Health St. Anthony Hospital - OKC. | $202.00 |
| | 19-Dec-2024 | Christa Sullivan's Radiology records from St. Anthony Hospital – Radiology. | $15.00 |

**EXHIBIT**
**1**

| | | |
|---|---|---|
| 26-Dec-2024 | Christa Sullivan's medical records from Oakwood Springs. | $200.00 |
| 6-Jan-2025 | Christa Sullivan's medical records from OK SSMH RCO. | $29.80 |
| 8-June-2025 | Christa Sullivan's medical records from OU Medical Center. | $41.00 |
| | **Total** | **$500.80** |
| | **Grand Total** | **$5,180.01** |